UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL ZORAN,

    Plaintiff,

v.

MAT KING, in his official capacity, and
AUSTIN FORSTNER, in his official and
personal capacities,

    Defendants
_____/

Case No.: 25-11056
Honorable Nancy G. Edmunds

## ORDER

Upon the filing made by Plaintiff's counsel (ECF No. 3), the Court hereby CERTIFIES to the Attorney General of the State of Michigan, Dana Nessel, that the constitutionality of M.C.L. § 780.623(5) has been drawn into question by Plaintiff in this action.

The Clerk of the Court is DIRECTED to serve a copy of this order on the Michigan Attorney General by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.

The State of Michigan may, within 60 days of this Order, seek to intervene by filing an appropriate motion pursuant to Rule 24 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 5.1(c).

IT IS SO ORDERED.

Date: April 17, 2025

s/Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Judge